JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARIO RICARDO BANEGAS CARCAMO,<br>Petitioner,<br>v.<br>DAVID MARIN, et al.,<br>Respondents. | ) | Case No. CV 26-8685 FMO (DSR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Respondents shall release petitioner Mario Ricardo Banegas Carcamo (A# 245-581-811) forthwith with all personal effects seized from petitioner, including all identification documents and immigration documentation. Respondent shall not impose any release restrictions (e.g., electronic monitoring) on petitioner that were not in place prior to petitioner's arrest or detention in this case unless deemed necessary at a future pre-deprivation bond hearing.

2. Respondents shall provide petitioner with a copy of this Order and the Report and Recommendation of the United States Magistrate Judge at or near the time of release.

3. Respondents shall file with the court a Notice of Compliance within three (3) calendar days following the filing date of this Order.

4. Respondents shall not re-detain petitioner absent at least seven (7) days individualized notice describing the change in circumstances necessitating petitioner's arrest and/or detention, and a pre-deprivation bond hearing before a neutral decisionmaker at which the government bears the burden of proving petitioner is a flight risk or a danger to the community, and that there are no combination of conditions that will reasonably assure petitioner's appearance and/or the safety of any other person in the community. If petitioner is again placed into detention in this District following proceedings in this case, respondents shall not transfer or remove petitioner from this District unless executing a final order of removal issued against petitioner.

5. The court shall retain jurisdiction over this case to enforce compliance with this Judgment.

6. The above-captioned action is dismissed without prejudice.

Dated this 21st day of August, 2026.

/s/

Fernando M. Olguin
United States District Judge